# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FTX TRADING LTD., et al.., | ) | Bankruptcy Case No.: 22-11068-JTD |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| MAP VAULT LIMITED, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 24-804-CFC |
| v. | ) | Bankr. BAP No. 24-0041 |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |
| FONDATION SERENDIPITY, | ) | |
| FONDATION ELEMENTS, | ) | |
| SERENDIPITY NETWORK LTD. and | ) | |
| LIQUIDITY NETWORK LTD., | ) | |
| | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | Civil Action No. 24-806-CFC |
| v. | ) | Bankr. BAP No. 24-0042 |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## ORDER

At Wilmington, Delaware, this **7th day of August 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellants' opening briefs due by **September 20, 2024.**
2. Appellees' responsive briefs due by **November 5, 2024**.
3. Appellants' reply briefs due by **November 26, 2024**.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE