IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>FTX TRADING LTD., et al..,<br><br>             Debtors. | ) ) ) ) ) ) ) | Chapter 11<br>Bankruptcy Case No.: 22-11068-JTD |
| MAP VAULT LIMITED,<br><br>             Appellant,<br><br>   v.<br><br>FTX TRADING LTD., et al.,<br><br>             Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-804-CFC<br>Bankr. BAP No. 24-0041 |
| FONDATION SERENDIPITY,<br>FONDATION ELEMENTS,<br>SERENDIPITY NETWORK LTD.<br>And LIQUIDITY NETWORK LTD.,<br><br>             Appellants,<br><br>   v.<br><br>FTX TRADING LTD., et al.,<br><br>             Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-806-CFC<br>Bankr. BAP No. 24-0042 |

**<u>ORDER</u>**

At Wilmington this 8th day of August 2024, having received a

recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **September 20, 2024.**

2. Appellee's brief in opposition to the appeal is due on or before **November 5, 2024**

3. Appellants' reply brief is due on or before **November 26, 2024.**

_____
Chief Judge

2